1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RENO WILLIAMS,
CDCR # G-06940,

                            Plaintiff,

            vs.

J. MORALES, et al.,

                            Defendants.

Case No.:  3:20-cv-1053-AJB-KSC

**ORDER DISMISSING CIVIL
ACTION WITHOUT PREJUDICE
FOR FAILING TO PAY
FILING FEE REQUIRED
BY 28 U.S.C. § 1914(a) AND/OR
FAILING TO MOVE TO PROCEED
IN FORMA PAUPERIS
PURSUANT TO 28 U.S.C. § 1915(a)**

        Plaintiff Reno Williams, proceeding pro se and currently incarcerated at Centinela

State Prison has filed a civil action.  (*See* ECF No. 1, Compl.)  Plaintiff has not prepaid the

filing fees required by 28 U.S.C. Section 1914(a) or filed a motion to proceed in forma

pauperis ("IFP") pursuant to 28 U.S.C. Section 1915(a).

**I.      Failure to Pay Filing Fee or Request IFP Status**

        All parties instituting any civil action, suit or proceeding in a district court of the

United States, except an application for writ of habeas corpus, must pay a filing fee of

1

1   $400.  *See* 28 U.S.C. § 1914(a).[1]  An action may proceed despite a plaintiff's failure to

2   prepay the entire fee only if he is granted leave to proceed IFP pursuant to 28 U.S.C.

3   Section 1915(a).  *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007);

4   *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).  However, if the Plaintiff is a

5   prisoner, and even if he is granted leave to commence his suit IFP, he remains obligated

6   to pay the entire filing fee in "increments," *see Williams v. Paramo*, 775 F.3d 1182, 1185

7   (9th Cir. 2015), regardless of whether his case is ultimately dismissed.  *See* 28 U.S.C. §

8   1915(b)(1) & (2); *Taylor v. Delatoore*, 281 F.3d 844, 847 (9th Cir. 2002).

9        Plaintiff has not prepaid the $400 in filing and administrative fees required to

10   commence this civil action.  Although Plaintiff has filed a copy of his prison trust account

11   statement for the 6-month period preceding the filing of his Complaint as required by 28

12   U.S.C. Section 1915(a)(2), *see* ECF No. 3, he has not submitted an affidavit and properly

13   supported Motion to Proceed IFP as required by 28 U.S.C. Section 1915(a)(1).  The more

14   than five month old affidavit attached to Plaintiff's Complaint, *see* Compl. at 9, does not

15   satisfy this requirement either.  As a result, his case cannot yet proceed.  *See* 28 U.S.C. §

16   1914(a); *Andrews*, 493 F.3d at 1051.

17   **II.**   **Conclusion and Order**

18        For the reasons set forth above, the Court hereby:

19        (1)   **DISMISSES** this action sua sponte without prejudice for failure to pay the

20   $400 civil filing and administrative fee or to submit a Motion to Proceed IFP pursuant to

21   28 U.S.C. Section 1914(a) and Section 1915(a); and

22        (2)   **GRANTS** Plaintiff **forty-five (45)** days leave from the date this Order is

23   filed to:  (a) prepay the entire $400 civil filing and administrative fee in full; or (b)

24

25   _____

26   [1]  In addition to the $350 statutory fee, civil litigants must pay an additional

27   administrative fee of $50.  *See* 28 U.S.C. § 1914(a) (Judicial Conference Schedule of
     Fees, District Court Misc. Fee Schedule, § 14 (eff. Oct. 1, 2019)).  The additional $50

28   administrative fee does not apply to persons granted leave to proceed IFP.  *Id.*

3:20-cv-01053-AJB-KSC

complete and file a Motion to Proceed IFP which includes an affidavit of Plaintiff's assets and a certified copy of his trust account statement for the 6-month period preceding the filing of his Complaint.  *See* 28 U.S.C. § 1915(a)(1), (2); S.D. Cal. Civ. L.R. 3.2(b).

**IT IS FURTHER ORDERED** that the Clerk of the Court shall provide Plaintiff with this Court's approved form "Motion and Declaration in Support of Motion to Proceed *In Forma Pauperis*."  If Plaintiff fails to either prepay the $400 civil filing fee or complete and submit the enclosed Motion to Proceed IFP within 45 days, this action will remain dismissed without prejudice based on Plaintiff's failure to satisfy the fee requirements of 28 U.S.C. Section 1914(a) and without further Order of the Court.

**IT IS SO ORDERED**.

Dated:  June 16, 2020

Hon. Anthony J. Battaglia
United States District Judge

3:20-cv-01053-AJB-KSC